# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GEORGE BEASLEY**                                                                                    **PLAINTIFF**

**v.**                                  **Case No. 3:24-cv-00208-KGB-JTK**

**KILOLO KIJAKAZI,**                                                                               **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Pending before the Court is Plaintiff George Beasley's Motion to Proceed *In Forma Pauperis*. (Doc. No. 1) Mr. Beasley's application shows he earns $5,642.21 per month. The listed expenses total to $3,282.96 per month, including a car payment "for a friend."

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338. With the information provided to the Court, Mr. Beasley has not established that he is indigent or that paying the filing fee would result in undue financial hardship. Accordingly, his Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

If Mr. Beasley wishes to proceed with this action, he must pay the applicable filing fee, within thirty (30) days of the issuance of this Order. Failure to comply within the required period of time may result in summary dismissal of Mr. Beasley's complaint.

SO ORDERED THIS 26th day of November, 2024.

                                                                           _____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE