IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON BEASLEY**                                                                                    **PLAINTIFF**

v.                                          Case No. 3:24-cv-00208-JTK

**KILOLO KIJAKAZI**                                                                              **DEFENDANT**
**Acting Commissioner**
**Social Security**

**JUDGMENT**

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 7th day of March, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE